FILED
January 15, 2013
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:13-CR-00006-KJM-7 |
| ) | |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| HARJINDER KAUR THANDI, ) | |
| ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release HARJINDER KAUR THANDI, Case No. 2:13-CR-00006-KJM-7, Charge Title 18 USC § 1341, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__ Release on Personal Recognizance

✔ Bail Posted in the Sum of $ 25,000

   ✔ Unsecured Appearance Bond

   __ Appearance Bond with 10% Deposit

   __ Appearance Bond with Surety

   __ Corporate Surety Bail Bond

   ✔ (Other)   With pretrial supervision and conditions of release as stated on the record in open court.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on January 15, 2013 at   2:27   pm.

By   _Dale A. Drozd_
Dale A. Drozd
United States Magistrate Judge