FILED
January 15, 2013
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:13-CR-00006-KJM-7 |
| ) | |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| HARJINDER KAUR THANDI, ) | |
| ) | |
| Defendant. ) | |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>HARJINDER KAUR THANDI</u>, Case No. <u>2:13-CR-00006-KJM-7</u>, Charge <u>Title 18 USC § 1341</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___    Release on Personal Recognizance

    ✔    Bail Posted in the Sum of $ <u>25,000</u>

        ✔    Unsecured Appearance Bond

        ___    Appearance Bond with 10% Deposit

        ___    Appearance Bond with Surety

        ___    Corporate Surety Bail Bond

        ✔    (Other)    <u>With pretrial supervision and conditions of release as stated on the record in open court.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>January 15, 2013</u> at <u>2:27</u> <u>pm</u>.

By    *Dale A. Drozd*
Dale A. Drozd
United States Magistrate Judge